**No. 57783.**—Felix Kramarsky Corporation *v.* United States, protests 174998–K, etc. (New York).

Opinion by LAWRENCE, J.   It was stipulated that the merchandise consists of scrap metal in ingot form of which ferrous or nonferrous metal is the component material in chief value and that said ingots are made from metal waste and obsolete metal materials and are fit only for remanufacture. Upon the agreed

statement of facts, it was held that the merchandise comes within the provisions of Public Law 869, *supra*, and is properly entitled to free entry.